Form odsmtfil

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Arkansas

**Debtor(s):**
James Robertson Carvill
601 Melon ST.
Little Rock, AR 72205

**Case Number:**
4:07−bk−11359

**Social Security/Taxpayer ID Nos.:**
xxx−xx−8172

**Chapter:**
13

**Judge:**
Honorable James G. Mixon

CERTIFICATION OF CLERK
AND
ORDER OF DISMISSAL FOR FAILURE TO TIMELY FILE SCHEDULES

The undersigned Deputy Clerk of the above−captioned Court certifies that:

1. The above−captioned case was filed on 3/16/07 without statements, schedules, and/or lists;

2. The clerk mailed a notice to the debtor(s) and the debtor's attorney stating the deadline for filing the required schedules, statements, and/or lists or that the case would be dismissed; and

3. As of this date, some or all of the required documents have not been filed with the Clerk of the Court.

Dated: 5/2/07

Jean Rolfs, Clerk
By:
Barbara Greene
Deputy Clerk

**ORDER**

Based on the foregoing Certification and pursuant to Rule of Bankruptcy Procedure 1007 and a general order of the court, IT IS HEREBY

ORDERED that the above−captioned case is DISMISSED on 5/2/07.

Dated: 5/2/07

UNITED STATES BANKRUPTCY JUDGE