IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

In Re: JAMES ROBERTSON CARVILL

Case No: 4:07-bk-11359 M
Chapter 13
JUDGE JAMES G. MIXON

## TRUSTEE'S FINAL REPORT AND ACCOUNT

David D. Coop, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on March 16, 2007 and was not confirmed. This case was subsequently DISMISSED PRIOR TO CONFIRMATION on May 02, 2007 .

2. The amount paid to the Trustee by or on behalf of the debtor was $0.00.

3. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---|---|---|---|

4. Summary of disbursements to Creditors:

|  | SECURED | PRIORITY | UNSECURED | CONTINUING | TOTAL |
|---|---|---|---|---|---|
| Claim Amount | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Principal Paid | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Interest Paid | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

5. Administrative Expenses:

Pursuant to Local Rule 2015-1 automobile insurance premiums were paid in the amount of $0.00.

The debtor's attorney was allowed    of which    was paid directly by the debtor(s) and    through the plan.

The Trustee was paid $0.00 pursuant to 28 USC 586 and $0.00 pursuant to court order, for administrative purposes.

Refunds to the debtor and/or attorney or new trustee total $0.00.

David D. Coop, Standing Trustee for the above named case, certifies to the Court and to the United States Trustee, that he has faithfully and properly fullfilled the duties of the standing trustee, and that the case has been fully administered.

Wherefore the trustee requests a final decree be entered which discharges the trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

Date: 6/5/2007

/s/ David D. Coop

David D. Coop, Trustee
P O BOX 5006
NORTH LITTLE ROCK, AR  72119-5006
(501)374-1572

JAMES ROBERTSON CARVILL
CASE NO: 4:07-bk-11359 M

CC: Michael Knollmeyer
2525 John Harden
Jacksonville, AR  72076

James Robertson Carvill
601 Melon St.
Little Rock, AR  72205